THE COLONIAL TRUST COMPANY OF PITTSBURGH, PENNSYLVANIA, as Executor, etc., of SAMUEL S. ROBERTSON, Deceased, Appellant, v. ABRAHAM H. BOWERS, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRANK E. GOODJON, Respondent, v. UNITED BOND AND BUILDING CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs, upon the ground that the motion is not made at the same term or next succeeding term after the judgment of affirmance with notice of entry was served. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JACOB P. GOETTEL, Respondent, v. UNITED BOND AND BUILDING CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs, upon the ground that the motion is not made at the same term or next succeeding term after the judgment of affirmance with notice of entry was served. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES H. ADAMS, Respondent, v. UNITED BOND AND BUILDING CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs, upon the ground that the motion is not made at the same term or next succeeding term after the judgment of affirmance with notice of entry was served. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MAURICE C. SWARTHOUT, Respondent, v. SIDNEY VAN AUKEN, JR., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JUNE O'TIER, Appellant, v. WALTER SELL, Respondent, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMANUEL CLAYTON, as Administrator, etc., of FRANCIS G. CLAYTON, Deceased, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES L. GRIDLEY and Another, Respondents, v. THE HOME INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SYRACUSE CAPITAL CORPORATION, Respondent, v. PATTISON CONSTRUCTION CORPORATION and Others, Defendants. JAMES J. DALTON, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of the BOARD OF SUPERVISORS OF HERKIMER COUNTY, to Acquire Lands for Highway Purposes under Chapter 30 of the Laws of 1909, etc., of SYLVESTER A. SEYMOUR and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.